**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02217-LTB-BNB

LIONEL WHITE,

      Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

      Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:    CAVALRY PORTFOLIO SERVICES, LLC
       c/o Joseph J. Lico, Esq.
       Adam L. Plotkin, PC
       621 Seventeenth Street, Suite 1800
       Denver, CO 80293

You are hereby notified that the Plaintiff, Lionel White, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, Cavalry Portfolio Services, LLC, and attached as Exhibit 1.

                                     Respectfully submitted,
                                     Lionel White
                                     By Counsel,

                                   _s/ David M. Larson_____
                                   David M. Larson, Esq.
                                   405 S. Cascade Avenue, Suite 305
                                   Colorado Springs, CO 80903
                                   (719) 473-0006
                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2011, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with Defendant's Offer of Judgment attached as Exhibit 1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

jlico@alp-pc.com

I hereby certify that on September 28, 2011, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 303-296-3544 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

CAVALRY PORTFOLIO SERVICES, LLC
c/o Joseph J. Lico, Esq.
Adam L. Plotkin, PC
621 Seventeenth Street, Suite 1800
Denver, CO 80293

_____s/ David M. Larson_____