IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02217-LTB-BNB

LIONEL WHITE,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.

---

JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

    Pursuant to the offer of judgment filed September 15, 2011 and the acceptance thereof filed September 28, 2011 and in accordance with the Federal Rules of Civil Procedure, it is

    ORDERED that judgment be entered for Plaintiff and against Cavalry Portfolio Services, LLC. in the amount of $1,001.00.  It is

    FURTHER ORDERED that Plaintiff's costs and reasonable attorney's fees shall be added to the judgment, as agreed to by the parties or as determined by the court upon the filing of a motion.  It is

    FURTHER ORDERED that the post-judgment interest shall accrue at the rate of .10% from the date of the entry of judgment.

    Dated at Denver, Colorado this   30th   day of September, 2011.

                                      FOR THE COURT:
                                      GREGORY C. LANGHAM, CLERK

                                      By:  s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk